IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY AND SHAWNA YASUA, a Married Couple, | Case No. CV-06-60-S-BLW |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SEL-EQUITY COMPANY d/b/a SEL-EQUITY REAL ESTATE and SEL-EQUITY REALTY, and JOHN AND JANE DOES 1 - 50, | |
| Defendants. | |

Pending before the Court is the Stipulation (Docket No. 133) for Dismissal with Prejudice of the Amended Complaint filed December 1, 2009, by the parties. The Court having considered the pleadings shall approve the Stipulation. IT IS HEREBY ORDERED THAT this case is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: **December 3, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order of Dismissal with Prejudice - 1**